# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:00-cr-137-1FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | |
| ) | |
| ) | ORDER |
| JOSEPH TATE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 310) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2).. Defendant's motion is **DENIED** because the sentence in this case was based on the cross-reference to the Murder guideline and not based on the drug amounts involved, as stated in Doc. # 299.

**IT IS SO ORDERED**.

Signed: February 2, 2010

Frank D. Whitney
United States District Judge