# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:01-cr-137

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **JOSEPH BERNARD TATE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to First Step Act, filed on January 3, 2022. (Doc. No. 391). The Court has already ordered the Government to respond to Defendant's prior Motion to Reduce Sentence Pursuant to First Step Act. See (Doc. No. 392). The response to that motion is due on January 24, 2022.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government shall file a response to Defendant's motion. The Government may consolidate its arguments to both motions in a single response, currently due on January 24, 2022.

Signed: January 12, 2022

Max O. Cogburn Jr.
United States District Judge