# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:00-cr-137

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )
| | )
| vs. | )
| | ) **ORDER**
| **JOSEPH BERNARD TATE,** | )
| | )
| Defendant. | )

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration, (Doc. No. 405), asking this Court to reconsider its Order, (Doc. No. 403), denying Defendant's Motion for Compassionate Release/Reduction of Sentence.

Defendant's motion for reconsideration is denied. In its prior order, the Court thoroughly reviewed the factors relevant to its consideration of Defendant's motion for compassionate release/reduction of sentence. As Defendant notes, after the Court entered its order denying his motion, he filed a Reply to the Government's response in opposition. Nothing in the Reply alters this Court's determination that Defendant is not entitled to early release or a reduction in his sentence.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Motion for Reconsideration (Doc. No. 405), is **DENIED**.

Signed: March 18, 2022

Max O. Cogburn Jr.
United States District Judge

-1-